Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Dozier,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USA Tire and Wheel Dealers, Inc.<br><br>　　　　Defendant. | Case No. 2:23-cv-02028-KJM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

　　Plaintiff Lee Dozier voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　Respectfully submitted,

Dated: December 20, 2023                            Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff